

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,814-03

**EX PARTE JASON PAUL ZENO, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2002-1700-E IN THE 367TH DISTRICT COURT
### FROM DENTON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of sexual assault and sentenced to five years' imprisonment. He did not appeal his conviction.

On October 7, 205, this Court remanded this application to the trial court for findings of fact and conclusions of law. On November 20, 2015, the trial court signed findings of fact and conclusions of law that were based on the affidavits from counsel. The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the

entire record, we deny relief on all grounds raised, including the supplemental grounds raised by Applicant in the trial court on August 18, 2015.

Filed: January 27, 2016
Do not publish